*Perry & Tipton*, for defendant.

---

AUTREY *v.* GEORGIA NORTHERN RAILWAY COMPANY.

SIMMONS, C. J. Where, on the trial of a suit against a railroad company for damages for deterioration in value of a car-load of corn, caused by the negligence of the company, the evidence shows the value of the corn when shipped and that it was damaged to the extent of one half of such value, it is error to grant a nonsuit on the ground that the plaintiff has failed to show either the amount of the damage or that he sustained any damage at all.

*Judgment reversed. All the Justices concurring.*

Argued May 7, — Decided May 25, 1901.

Action for damages. Before Judge Seabrook. Colquitt superior court. October 22, 1900.

*Pearsall & Shipp*, for plaintiff.